**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Shriram Harid*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*shriram.harid2@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 645-2728*

August 17, 2026

**Via Electronic Filing**
Hon. Claire C. Cecchi
United States District Judge
District of New Jersey
Martin Luther King Jr. Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Guaman Pintado v. Mullin* et al., No. 26-cv-10077 (CCC)**
**Petitioner's Criminal History**

Dear Judge Cecchi:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's August 14, 2026 Order (ECF No. 7), which ordered Petitioner's release within 24 hours. U.S. Immigration and Customs Enforcement ("ICE") has advised this Office that it released Petitioner from its custody on the same day—August 14, 2026—at approximately 6:55 p.m. ICE has further advised this Office that Petitioner was released from its custody with all his belongings and without imposition of additional conditions of release. *See* Ex. A (Order of Release).

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: 

SHRIRAM HARID
Assistant United States Attorney
*Attorneys for Respondents*

cc: All counsel of record (*via electronic filing*)

Encl.

In light of Petitioner's release, the Clerk's office is directed to close this matter.
SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date: 8/26/2026